IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

CAREY EDWARD WINFIELD, #180239, )
                                )
        Plaintiff,              )
v.                              )   CASE NO. 2:04-cv-1015-MEF
                                )
LT. CAUNNIHAM, *et al.*,        )
                                )
        Defendants.             )

# **O R D E R**

There being no objections filed to the  Recommendation of the Magistrate Judge

entered on June 21, 2006 (Doc. #29), said Recommendation is hereby adopted and it is the

ORDER, JUDGMENT and DECREE that plaintiff's claims against Defendant

Caunniham are DISMISSED without prejudice and that Lt. Caunniham is DISMISSED as

a party to the complaint.

It is further ORDERED that this case is referred back to the Magistrate Judge for

further proceedings.

DONE this 13th day of July, 2006.


                          /s/ Mark E. Fuller
        _____
                CHIEF UNITED STATES DISTRICT JUDGE