IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | | |
|---|---|---|
| CAREY E. WINFIELD, #180239, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:04-cv-1015-MEF |
| | ) | |
| COI MILES, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

# **O R D E R**

There being no objections filed to the  Recommendation of the Magistrate Judge entered on October 17, 2006 (Doc. #31), said Recommendation is hereby adopted and it is the

ORDER, JUDGMENT and DECREE that:

1.  Defendant's Motion for Summary Judgment (Doc. #11, 21) is GRANTED as to all federal claims and those claims are DISMISSED with prejudice.

2.  The court declines to exercise supplemental jurisdiction over the plaintiff's state law claims and those claims are DISMISSED without prejudice.

3.  Costs of the proceeding are taxed against the plaintiff, for which execution may issue.

DONE this the 22nd day of November, 2006.

/s/ Mark E. Fuller

CHIEF UNITED STATES DISTRICT JUDGE
